# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ROBERT MARK TURNER

VERSUS

GOAUTO INSURANCE COMPANY

NO.   2021 CW 0516

**JUNE 3, 2021**

---

In Re:   GoAuto  Insurance  Company,  applying  for  supervisory
writs,  19th  Judicial  District  Court,  Parish  of  East
Baton Rouge, No. 678933.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT